# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

138270

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LEON DAVIS,
        Defendant-Appellant.

SC: 138270
COA: 287574
Wayne CC: 02-001169

_____/

On order of the Court, the application for leave to appeal the January 7, 2009 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 56 days after the date of this order. The prosecutor shall pay particular attention to the defendant's contention that he is entitled to relief under the Interstate Agreement on Detainers, MCL 780.601. See *People v Swafford*, 483 Mich 1 (2009).

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

p0831